UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                         Case No. 04-80903

v.                                      Honorable Victoria A. Roberts
                                         Magistrate Judge R. Steven Whalen

OSCAR MALONE,

      Defendant.
_____/

**ORDER**

Before the Court is Defendant's Motion to Compel Production of Requested Discovery [Docket #18], which has been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A). For the reasons and to the extent stated on the record on August 8, 2005,

IT IS ORDERED that Defendant's motion is GRANTED, and the government shall provide to defense counsel police reports, including the search warrant affidavit, relating to the November 2, 2004 search of 13930 Alma, Detroit Michigan, by the Detroit Police Department.

                                                 S/R. Steven Whalen
                                                 R. STEVEN WHALEN
                                                 UNITED STATES MAGISTRATE JUDGE

Dated: August 9, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 9, 2005.

                                        S/Gina Wilson
                                        Judicial Assistant