UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NUMBER:   04-80903

v.        HONORABLE AVERN COHN

D-1, OSCAR MALONE,

        Defendant.
                                      /

## ORDER TERMINATING REMAINING TERM OF SUPERVISED RELEASE AND DISCHARGING DEFENDANT

On May 24, 2010 defendant appeared before this Court with counsel for a supervised release violation hearing. The Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Defendant's remaining term of supervision is TERMINATED and the Defendant is DISCHARGED.

SO ORDERED.


Dated: May 24, 2010        s/ Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE